AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-03703-LMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **C&M DEFENSE GROUP LLC** was recieved by me on **9/06/2023**:

- ☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on **Charles Reddy**, who is designated by law to accept service of process on behalf of **C&M DEFENSE GROUP LLC** at **1755 The Exchange Southeast, Atlanta, GA 30339** on **09/07/2023 at 2:56 PM**; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Kevin Joseph Mitchell**
*Printed name and title*

P.O. Box 1272
Smyrna, GA 30081-1272

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Charles Reddy, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 55-65 years of age, 5'10"-6'0" tall and weighing 200-240 lbs.




Tracking #: 0113701924