IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Bryon Slicer,

    Plaintiff,

v.

                                      Case No. 1:23-cv-03703-LMM

C&M Defense Group LLC

    Defendants.

_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Defendant, C&M Defense Group LLC ("Defendant"), by and through their undersigned counsel, respectfully moves for an extension of time up to and including October 30, 2023, for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint, and states the following in support:

1. On or about August 20, 2023, Plaintiffs filed a Complaint (Doc 1).

2. On or about September 7, 2023, Defendant was served with the Complaint, making his response date September 28, 2023 (Doc. 5).

3. Counsel for the Defendant was recently retained, and are now in the process of intaking and reviewing Defendant's files relevant to the underlying litigation.

1

4. On September 26, 2023, counsel for Defendant contacted Plaintiff's counsel and requested that Plaintiff consent to an extension on the Answer due the September 28, 2023.

5. Plaintiff's counsel consented to the relief requested.

6. In order to fully investigate and formulate an appropriate response(s) to the Complaint and explore the possibility of early resolution, counsel for Defendant respectfully requests a brief extension of time, up to and including October 30, 2023, for Defendant to respond to Plaintiff's Complaint. Furthermore, counsel for the Parties will seek to determine if an amicable resolution is available.

7. This extension is not being sought for purposes of delay, nor will this brief extension prejudice any party to the litigation.

## **MEMORANDUM OF LAW**

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b).   The Defendant's request for an extension of the deadline is made in good faith and does not prejudice Plaintiff. Permitting the extension will enable Defendant to respond to the Complaint following analysis of the relevant files and it will enable counsel to explore the possibility of early

resolution. For these reasons, Defendant requests the Court extend the deadline to respond to the Complaint.

WHEREFORE, Defendants respectfully requests an extension of time up to and including October 30, 2023, for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint.

Dated this 26th day of September 2023.

>Respectfully submitted,
>SPIRE LAW, LLC
>2572 W. State Road 426, Suite2088
>Oviedo, Florida 32765
>
>By:*/s/ Ian Smith*
>Ian Smith, Esq.
>Georgia Bar No. 661492
>Whitney M. DuPree, Esq.
>Georgia Bar No. 880908
>whitney@spirelawfirm.com
>ian@spirelawfirm.com
>filings@spirelawfirm.com
>***Attorneys for Defendants.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th_day of September 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Ian Smith*
Attorney