IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Bryon Slicer,

    Plaintiff,

v.

C&M Defense Group LLC

    Defendants.

_____/

Case No. 1:23-cv-03703-LMM

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. Defendant shall respond to Plaintiff's Complaint on or before October 30, 2023.

**DONE AND ORDERED** this 26th day of September, 2023, in the United States District Court, Northern District of Georgia.

_____
The Honorable Leigh Martin May
District Court Judge