IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Bryon Slicer,

    Plaintiff,

v.

    Case No: 1:23-cv-03703-LMM

C&M Defense Group LLC

    Defendant.

_____/

## C&M DEFENSE GROUP LLC'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, C&M Defense Group LLC ("Defendant"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 8, 12, and 15(a)(1)(A), hereby amends its answer, (Doc. 8), to the Complaint, (Doc. 1), filed by Plaintiff, Bryon Slicer ("Plaintiff"), and asserts defenses and affirmative defenses, as follows:

1. Defendant admits that Plaintiff brings this suit against Defendant for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 207 et al. ("FLSA") but deny Plaintiff's entitlement to any relief.

2. Defendant admits that Plaintiff brings this action seeking relief under the FLSA but denies Plaintif's entitlement to any relief.

1

## PARTIES

3. Defendant is without sufficient knowledge or belief to admit or deny the allegations as to Plaintiff's residency and, therefore, denies the allegations of Paragraph 2 of the Complaint.

4. Defendant admits the allegations of Paragraph 3 of the Complaint.

## JURISDICTION

5. Defendants admit that the Court may properly exercise its jurisdiction in this matter.

## VENUE

6. Defendant admits the allegations in Paragraph 4 of the Complaint.

7. Defendant is without sufficient knowledge or belief to admit or deny the allegations in Paragraph 7 of the Complaint.

8. Defendant admits that venue is proper in this Court.

## FACTUAL ALLEGATIONS

9. Defendant denies the allegations of Paragraph 5 of the Complaint.

10. Defendant admits the allegations of Paragraph 6 of the Complaint.

11. Defendant admits the allegations of Paragraph 7 of the Complaint.

12. Defendant is without sufficient knowledge or belief to admit or deny the allegations and, therefore, denies the allegations of Paragraph 12 of the Complaint.

13. Defendant admits the allegations of Paragraph 8 of the Complaint.

14. Defendant admits the allegations of Paragraph 9 of the Complaint.

15. Defendant denies the allegations of Paragraph 10 of the Complaint.

16. Defendant denies the allegations of Paragraph 11 of the Complaint.

17. Defendant admits the allegations of Paragraph 12 of the Complaint.

18. Defendant denies the allegations of Paragraph 13 of the Complaint.

19. Defendant denies the allegations of Paragraph 14 of the Complaint.

20. Defendant admits the allegations of Paragraph 15 of the Complaint.

21. Defendant denies the allegations of Paragraph 16 of the Complaint.

22. Defendant denies the allegations of Paragraph 17 of the Complaint.

23. Defendant denies the allegations of Paragraph 18 of the Complaint.

24. Defendant denies the allegations of Paragraph 19 of the Complaint.

25. Defendant denies the allegations of Paragraph 20 of the Complaint.

26. Defendant denies the allegations of Paragraph 21 of the Complaint.

27. Defendant denies the allegations of Paragraph 22 of the Complaint.

28. Defendant denies the allegations of Paragraph 23 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

29. Defendant denies the allegations of Paragraph 24 of the Complaint.

30. Defendant denies the allegations of Paragraph 25 of the Complaint.

31. Defendant denies the allegations of Paragraph 26 of the Complaint.

32. Defendant denies the allegations of Paragraph 27 of the Complaint.

33. Defendant denies the allegations of Paragraph 28 of the Complaint.

34. Defendant denies the allegations of Paragraph 29 of the Complaint.

35. Defendant denies the allegations of Paragraph 30 of the Complaint.

36. Defendant denies the allegations of Paragraph 31 of the Complaint.

37. Defendant denies the allegations of Paragraph 32 of the Complaint.

38. Defendant denies the allegations of Paragraph 33 of the Complaint.

39. Defendant denies the allegations of Paragraph 34 of the Complaint.

40. Defendant denies the allegations of Paragraph 35 of the Complaint.

41. Defendant denies the allegations of Paragraph 36 of the Complaint.

42. Defendant denies the allegations of Paragraph 37 of the Complaint.

43. Defendant denies the allegations of Paragraph 38 of the Complaint.

44. Defendant denies the allegations of Paragraph 39 of the Complaint.

45. Defendant denies the allegations of Paragraph 40 of the Complaint.

46. Defendant denies the allegations of Paragraph 41 of the Complaint.

47. Defendant denies the allegations of Paragraph 42 of the Complaint.

48. Defendant denies the allegations of Paragraph 43 of the Complaint.

49. Defendant denies the allegations of Paragraph 44 of the Complaint.

50. Defendant denies the allegations of Paragraph 45 of the Complaint.

51. Defendant denies the allegations of Paragraph 46 of the Complaint.

52. Defendant denies the allegations of Paragraph 47 of the Complaint.

53. Defendant denies the allegations of Paragraph 48 of the Complaint.

54. Defendant denies the allegations of Paragraph 49 of the Complaint.

55. Defendant denies the allegations of Paragraph 50 of the Complaint.

56. Defendant denies the allegations of Paragraph 51 of the Complaint.

57. Defendant denies the allegations of Paragraph 52 of the Complaint.

58. Defendant denies the allegations of Paragraph 53 of the Complaint.

59. Defendant denies the allegations of Paragraph 54 of the Complaint.

60. Defendant denies the allegations of Paragraph 55 of the Complaint.

61. Defendant denies the allegations of Paragraph 56 of the Complaint.

62. Defendant denies the allegations of Paragraph 57 of the Complaint.

63. Defendant denies the allegations of Paragraph 58 of the Complaint.

64. Defendant denies the allegations of Paragraph 59 of the Complaint.

65. Defendant denies the allegations of Paragraph 60 of the Complaint.

66. Defendant denies the allegations of Paragraph 61 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

67. Defendant denies the allegations of Paragraph 62 of the Complaint.

68. Defendant denies the allegations of Paragraph 63 of the Complaint.

69. Defendant denies the allegations of Paragraph 64 of the Complaint.

70. Defendant denies the allegations of Paragraph 65 of the Complaint.

71. Defendant denies the allegations of Paragraph 66 of the Complaint.

72. Defendant denies the allegations of Paragraph 67 of the Complaint.

73. Defendant denies the allegations of Paragraph 68 of the Complaint.

74. Defendant denies the allegations of Paragraph 69 of the Complaint.

75. Defendant denies the allegations of Paragraph 70 of the Complaint.

76. Defendant denies the allegations of Paragraph 71 of the Complaint.

77. Defendant denies the allegations of Paragraph 72 of the Complaint.

78. Defendant denies the allegations of Paragraph 73 of the Complaint.

79. Defendant denies the allegations of Paragraph 74 of the Complaint.

80. Defendant denies the allegations of Paragraph 75 of the Complaint.

81. Defendant denies the allegations of Paragraph 76 of the Complaint.

82. Defendant denies the allegations of Paragraph 77 of the Complaint.

83. Defendant denies the allegations of Paragraph 78 of the Complaint.

84. Defendant denies the allegations of Paragraph 79 of the Complaint.

85. Defendant denies the allegations of Paragraph 80 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

86. Defendant denies the allegations of Paragraph 81 of the Complaint.

87. Defendant denies the allegations of Paragraph 82 of the Complaint.

88. Defendant denies the allegations of Paragraph 83 of the Complaint.

89. Defendant denies the allegations of Paragraph 84 of the Complaint.

90. Defendant denies the allegations of Paragraph 85 of the Complaint.

91. Defendant denies the allegations of Paragraph 86 of the Complaint.

92. Defendant denies the allegations of Paragraph 87 of the Complaint.

93. Defendant denies the allegations of Paragraph 88 of the Complaint.

94. Defendant denies the allegations of Paragraph 89 of the Complaint.

95. Defendant denies the allegations of Paragraph 90 of the Complaint.

96. Defendant denies the allegations of Paragraph 91 of the Complaint.

97. Defendant denies the allegations of Paragraph 92 of the Complaint.

98. Defendant denies the allegations of Paragraph 93 of the Complaint.

99. Defendant denies the allegations of Paragraph 94 of the Complaint.

100. Defendant denies the allegations of Paragraph 95 of the Complaint.

101. Defendant denies the allegations of Paragraph 96 of the Complaint.

102. Paragraph 102 contains no text.

## COUNT I:
## FAILURE TO PAY OVERTIME COMPENSATION IN VIOLATION OF THE FAIR LABOR STANDARDS ACT.

103. Defendant denies the allegations of Paragraph 97 of the Complaint.

104. Defendant denies the allegations of Paragraph 98 of the Complaint.

105. Defendant denies the allegations of Paragraph 99 of the Complaint.

106. Defendant denies the allegations of Paragraph 100 of the Complaint.

107. Defendant denies the allegations of Paragraph 101 of the Complaint.

108. Defendant denies the allegations of Paragraph 102 of the Complaint.

109. Defendant denies the allegations of Paragraph 103 of the Complaint.

110. Defendant denies the allegations of Paragraph 104 of the Complaint.

111. Defendant denies the allegations of Paragraph 105 of the Complaint.

112. Defendant denies the allegations of Paragraph 106 of the Complaint.

113. Defendant denies the allegations of Paragraph 107 of the Complaint.

114. Defendant denies the allegations of Paragraph 108 of the Complaint.

115. Defendant denies the allegations of Paragraph 109 of the Complaint.

116. Defendant denies the allegations of Paragraph 110 of the Complaint.

117. Defendant denies the allegations of Paragraph 111 of the Complaint.

118. Defendant denies the allegations of Paragraph 112 of the Complaint.

119. Defendant denies the allegations of Paragraph 113 of the Complaint.

120. Defendant denies the allegations of Paragraph 114 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

121. Defendant denies the allegations of Paragraph 115 of the Complaint.

122. Defendant denies the allegations of Paragraph 116 of the Complaint.

123. Defendant denies the allegations of Paragraph 117 of the Complaint.

124. Defendant denies the allegations of Paragraph 118 of the Complaint.

125. Defendant denies the allegations of Paragraph 119 of the Complaint.

126. Defendant denies the allegations of Paragraph 120 of the Complaint.

127. Defendant denies the allegations of Paragraph 121 of the Complaint.

## COUNT II: Unjust Enrichment

128. Defendant denies the allegations of Paragraph 122 of the Complaint.

129. Defendant denies the allegations of Paragraph 123 of the Complaint.

130. Defendant denies the allegations of Paragraph 124 of the Complaint.

131. Defendant denies the allegations of Paragraph 125 of the Complaint.

132. Defendant denies the allegations of Paragraph 126 of the Complaint.

133. Defendant denies the allegations of Paragraph 127 of the Complaint.

134. Defendant denies the allegations of Paragraph 128 of the Complaint.

## **PRAYER FOR RELIEF**

In response to WHEREFORE Paragraph following Paragraph 134 of the Complaint, including subsections (A)-(J), Defendant denies all factual

allegations and deny that Plaintiff is entitled to any relief in this action. Defendant also denies that there is any claims to be tried by a jury.

## GENERAL DENIAL

All allegations in the Complaint not expressly admitted are denied.

## FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND DEFENSE

If any of the unlawful acts and omissions alleged in the Complaint were engaged in by Defendant, which Defendant vigorously deny, they did not engage in such acts or omissions knowingly, intentionally or willfully, and therefore, Plaintiff' claims for liquidated damages are barred.

## THIRD DEFENSE

Plaintiff's claims are barred to the extent he seeks payment of wages not owed.

## FOURTH DEFENSE

In all material respects, Defendant acted in good faith in their dealings with Plaintiff.

## FIFTH DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrine of laches,

unclean hands, or estoppel.

## **SIXTH DEFENSE**

Defendant cannot fully anticipate all defenses which may be applicable to this action. Accordingly, the right to assert additional defenses, to the extent such defenses are applicable, is hereby reserved.

                              Respectfully submitted,

                              SPIRE LAW, LLC
                              2572 W. State Road 426
                              Suite2088
                              Oviedo, Florida 32765

                              By:*/s/ Ian E. Smith*
                              Ian E. Smith, Esq.
                              Georgia Bar No. 661492
                              Whitney M. DuPree, Esq.
                              Georgia Bar No. 880909
                              ian@spirelawfirm.com
                              whitney@spirelawfirm.com
                              filings@spirelawfirm.com
                              ***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/*Ian E. Smith*
Attorney